IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

In Re:

PHILIP COPELAND STORY

    Debtor

_____

PHILIP COPELAND STORY

    Plaintiff

        v.

UNITED STATES, et al.

    Defendants

_____

CASE NO.  16-08822 (EAG)

Chapter 7

ADVERSARY NO. 16-00257

## MOTION FOR DISCHARGE OF DEBT, DISMISSAL OF ADVERSARY PROCEEDING AND TO VACATE PRETRIAL CONFERENCE

TO THE HONORABLE COURT:

    COMES NOW Defendant, the United States of America (Department of Education), through undersigned counsel, and respectfully states and prays:

    1.    Plaintiff/Debtor filed an Amended Complaint praying for the discharge of his federal student loan debt because of undue hardship. (ECF No. 24.)

    2.    After examining, researching and analyzing the discovery performed in this case, the United States hereby acquiesces to the discharge of the debt that Debtor/Plaintiff has with the Department of Education.

    3.    Insofar as there is no controversy in this case, the United States requests that this Adversary Proceeding be dismissed and that the Pretrial Conference scheduled for July 26, 2018

be vacated.

WHEREFORE the United States respectfully prays this Honorable Court to dismiss the instant Amended Complaint and to vacate the Pretrial Conference scheduled for July 26, 2018.

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System that will send notification of such filing to Debtor/Plaintiff and to counsel of record.

RESPECTFULLY SUBMITTED in San Juan, Puerto Rico this 23rd day of July 2018.

Rosa Emilia Rodríguez-Vélez
United States Attorney

***S/Lisa E. Bhatia Gautier***
Lisa E. Bhatia Gautier
Assistant U.S. Attorney  #206014
Torre Chardon, Suite 1201
350 Calle Chardón
San Juan, Puerto Rico  00918
Tel. 787.766.5656  Fax: 787.766.5193
E-mail: lisa.bhatia@usdoj.gov